OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**6/24/2015**
**CASTANEDA, JULIO**    Tr. Ct. No. 1295669-A    **WR-83,394-02**
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus. .

Abel Acosta, Clerk

JULIO CASTANEDA
GOREE UNIT - TDC # 1897640
1385 FM 3328
Palestine TX.
75803

ANK